# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KELTON SPANN

VERSUS

ASKIA ANDERS

NO.   2019 CW 0993

SEP 0 3 2019

---

In Re:   Kelton L. Spann, applying for supervisory writs, 22nd
         Judicial District Court, Parish of Washington, No.
         113461.

---

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

WRIT DENIED AS UNTIMELY.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT